Decision Per Curiam.

---

The National Bank of Jacksonville and the Fidelity and Deposit Company of Maryland, Plaintiffs in Error, vs. A. J. Brinson, L. W. Yancey and T. Allen, partners under the firm name of Brinson and Company, Defendants in Error.

Writ of error to the Circuit Court, Columbia county; John F. White, Judge.

*Cooper & Cooper,* for Plaintiffs in Error.

*A. J. Henry,* for Defendants in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs and the defendants take writ of error. Writ of error dismissed on praecipe of counsel for plaintiffs in error.

Decision Per Curiam.